■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY RICHARDSON, Appellant. [20 NYS3d 886]—Order, Supreme Court, Bronx County (Seth L. Marvin, J.), entered February 5, 2014, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors cited by defendant were adequately taken into account by the guidelines and outweighed by the seriousness of the underlying sex crime, as well as defendant's criminal and prison disciplinary history. Concur—Mazzarelli, J.P., Acosta, Moskowitz and Richter, JJ.